**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BERTHA V. JAMES, DECEASED. by the Personal Representative Susie H. James, and BERVALMES ASSOC., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TYLER PERRY COMPANY, INC., LIONSGATE ENTERTAINMENT CORP., LIONS GATE FILMS, INC., LIONS GATE ENTERTAINMENT, INC., TYLER PERRY and DOES 1-10, <br><br> Defendants. | CASE NO. CV-09 08712 JFW VBKx <br><br> Assigned to all purposes to Hon. John F. Walter <br><br> **ORDER RE: DISMISSAL** |

Pursuant to the Stipulation of Dismissal entered into between plaintiffs Estate of Bertha V. James, Deceased, by the Personal Representative Susie H. James, and Bervalmes Assoc., Inc. ("Plaintiffs") and defendants The Tyler Perry Company, Tyler Perry, Lions Gate Films, Inc., Lions Gate Entertainment Corp., and Lions Gate Entertainment, Inc. ("Defendants"), this action and all defendants herein are dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties shall bear their own attorneys' fees and costs in connection with this action.

IT IS SO ORDERED.

Dated:  July 19, 2010

/s/
The Honorable John F. Walter

Submitted By:

WESTON & McELVAIN LLP
Randy M. McElvain, Esq. (State Bar No. 137046)
Patricia A. Daza, Esq. (State Bar No. 261564)
601 S. Figueroa St., Suite 2350
Los Angeles, CA 90017
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rmm7@wmattorneys.com
        pdaza@wmattorneys.com

Attorneys for Defendants
**THE TYLER PERRY COMPANY, INC., TYLER PERRY, LIONS GATE FILMS, INC., LIONS GATE ENTERTAINMENT CORP., and LIONS GATE ENTERTAINMENT, INC.**